# Pensacola, A. & W. Ry. Co. *v.* Big Sandy Iron Co.

*Bill for Injunction.*

(Decided May 17th, 1906.  41 So. Rep. 418.)

*Appeal and Error; Record; Organization of Trial Court.*—Where the transcript fails to show the organization of the trial court, the appeal will be dismissed as no judgment is shown that will support an appeal.

APPEAL from Tuscaloosa County Court.
Heard before Hon. H. B. FOSTER.

This is a bill filed by the Pensacola A. & W. Railway Co., of Ala., v. Big Sandy Iron Co., et al., to enjoin certain prosecution and threaten prosecution of complainant's agents and servants.  The transcript fails to show the organization of the court trying the cause, and upon this fact the opinion is rested.

PITTS & PITTS, for appellant.—Counsel discussed points raised by the record and cite authorities thereon but do not discuss the point upon which the decision is rested.

AUGUSTUS BENNERS and W. P. McCROSSIN, for appellees.  Counsel discussed points raised by the record and cite authorities but do not discuss the point on which the opinion is rested.

DENSON, J.—It cannot be gainsaid that, "since this court acts on the transcript alone, the latter must show all the facts essential to vest the court with jurisdiction to hear the cause."  Therefore it must affirmatively appear in the transcript that there was a properly organized trial court by which a lawful judgment could be rendered.—*McPherson v. Wiggins*, (Ala.; April 28, 1906) 40 South. 961; 2 Ency. of Pl. & Pr. p. 265, (3), and authorities in note 2; 2 Cyc. p. 1033 (11), and au-

[C. W. Zimmerman Mfg. Co. v. Wilson, *et al.*]

thorities in notes 17 and 18. This record fails to show the organization of the trial court, and the appeal must be dismissed.

Appeal dismissed.

WEAKLEY, C. J., and HARALSON and DOWDELL, JJ., concur.